# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| CHRISTIE JONES, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:20-cv-01441-LSC-SGC |
| MERRICK GARLAND and C. GARRETT, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On July 14, 2021, the Magistrate Judge recommended the court deny Petitioner Christie Jones's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and dismiss her claims with prejudice. (Doc. 20). Although the Magistrate Judge advised the parties of their right to file specific objections within 14 days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** her recommendation. Accordingly, Jones's petition for a writ of habeas corpus is due to be denied and her claims are due to be dismissed with prejudice.

A separate order will be entered.

**DONE** and **ORDERED** on August 10, 2021.

_____
L. Scott Coogler
United States District Judge

160704